1

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4    SAN FRANCISCO DIVISION

5

6

7

8    JOHN MORRISON,                                  No. C 12-04923 RS

9             Plaintiffs,                            **STANDBY ORDER OF DISMISSAL**

     v.

10   STATE FARM MUTUAL AUTOMOBILE
     INSURANCE COMPANY,
11

12            Defendants.
     _____/

13

14       The Court has been informed that the above-entitled action has settled.  Accordingly, the

15   Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

16   **April 8, 2013.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear

17   on **April 11, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse**

18   and show cause why the case should not be dismissed.  Failure to comply with this order may result

19   in dismissal of the case.

20

21   IT IS SO ORDERED.

22

23   Dated:  2/21/13

24                                                   _____
                                                     RICHARD SEEBORG
25                                                   UNITED STATES DISTRICT JUDGE

26

27

28

*United States District Court*
For the Northern District of California