IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN MORRISON,    No. C 12-04923 RS

        Plaintiffs,    **STANDBY ORDER OF DISMISSAL**

  v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendants.

_____/

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 8, 2013.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 11, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  2/21/13

                                      RICHARD SEEBORG
                                      UNITED STATES DISTRICT JUDGE