1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
   203 Redwood Shores Pkwy., Suite 480
3  Redwood City, CA 94065
   Telephone: 650.637-9100
4  Facsimile: 650.637-8071
   Email: shays@hayesscott.com
5       sellingson@hayesscott.com

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN MORRISON,                          CASE NO.  C12-04923 RS

             Plaintiff,

12                                         **STIPULATION OF DISMISSAL;**
      v.                                   [PROPOSED] ORDER
13                                         [Fed. Rule Civ. Proc., Rule 41(a)(1)
   STATE FARM MUTUAL AUTOMOBILE
14 INSURANCE COMPANY, and DOES 1 to 20,
   inclusive,
15
             Defendants.
16

17

18        IT IS HEREBY STIPULATED by plaintiff John Morrison by and through his attorney of

19 record, David M. Kindopp, Esq. of Law Offices of David M. Kindopp and defendant State Farm

20 Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of

21 Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is,

22 DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

23 Dated: February 20 , 2013       LAW OFFICES OF DAVID M. KINDOPP

24

25

                                    By_____
26                                       DAVID M. KINDOPP
                                         Attorneys for Plaintiff
27                                       JOHN MORRISON

28



   433365                            - 1 -

1    Dated: February __28__, 2013          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

2
                                          By_____
3                                             STEPHEN M. HAYES
                                              STEPHEN P. ELLINGSON
4                                             Attorneys for Defendant
                                              STATE FARM MUTUAL
5                                             AUTOMOBILE INSURANCE COMPANY

6

7                                         [PROPOSED] ORDER

8         IT IS SO ORDERED

9

10   Dated: __March 12_____, 2013    By: _____
                                              HONORABLE RICHARD SEEBORG
11                                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

433365                                    - 2 -

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. C12-04923 RS**