1 | STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
2 | **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
203 Redwood Shores Pkwy., Suite 480
3 | Redwood City, CA 94065
Telephone: 650.637-9100
4 | Facsimile: 650.637-8071
Email: shays@hayesscott.com
5 | sellingson@hayesscott.com

6 | Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN MORRISON, | CASE NO.  C12-04923 RS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 to 20, inclusive, | [Fed. Rule Civ. Proc., Rule 41(a)(1)] |
| Defendants. | |

IT IS HEREBY STIPULATED by plaintiff John Morrison by and through his attorney of record, David M. Kindopp, Esq. of Law Offices of David M. Kindopp and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: February 20, 2013           LAW OFFICES OF DAVID M. KINDOPP



By_____
DAVID M. KINDOPP
Attorneys for Plaintiff
JOHN MORRISON

433365
- 1 -
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. C12-04923 RS**

1 | Dated: February 28, 2013     HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

**[PROPOSED] ORDER**

IT IS SO ORDERED

Dated: __March 12_____, 2013    By: _____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE